# Third District Court of Appeal

## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1697
Lower Tribunal No. 19-8331

————————

**Stay Involved, Inc.,**
Appellant,

vs.

**Jose Llano, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Mark A. Goldstein, for appellant.

Farrell Patel Jomarron & Lopez, PLLC and Jesmany Jomarron and Robin F. Hazel, for appellees.

Before EMAS, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.